UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEGASUS LABORATORIES, INC.,

    Plaintiff,

v.                                                 Case No: 8:16-cv-1070-T-17TBM

MY DOG HAS FLEAS, LLC,
VACCINATION SERVICES OF
CALIFORNIA, and SEAN GERSON, An
Individual,

    Defendants.
_____

## ORDER ADOPTING AND INCORPORATING BY REFERENCE THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation (the "**R&R**") (Doc. No. 36) submitted by United States Magistrate Judge Thomas B. McCoun III. Through the R&R, Judge McCoun recommends that this Court award the Plaintiff $500,000 in statutory damages together with any additional fees and costs associated with the prosecution of the damages claim, and that the Judgment should be amended accordingly. *R&R*, Doc. No. 36 at 7. The Court has reviewed the entirety of the analysis and the conclusions in the R&R, which drew no objections from the Defendants.

Under the Federal Magistrate's Act, 28 U.S.C. §§ 631, *et seq.*, Congress vested Article III judges with the power to "refer all Social Security benefit cases to United States magistrates for preliminary review of the administrative record, oral argument, and preparation of a recommended decision as to whether the record contains substantial evidence to support the administrative determination." *Mathews v. Weber*, 423 U.S. 261, 263 (1976); *see also* 28 U.S.C. § 636(b)(3) ("A magistrate judge may be assigned such

additional duties as are not inconsistent with the Constitution and laws of the United States."). "Within fourteen days after being served with a copy [of a magistrate's report and recommendation], any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1).  On review by the district court, "the court shall make a de novo determination of those portions of the report . . . to which objection is made." *Id.*  When no timely and specific objections are filed, case law indicates the court should review the findings using a clearly erroneous standard. *Gropp v. United Airlines, Inc.*, 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

Judge McCoun's analysis is reasoned, based on the controlling law, and is not clearly erroneous.  Indeed, the recommendation submitted by Judge McCoun is clearly correct and just.  Therefore, this Court adopts the analysis and conclusion of the R&R as if it were its own, and follows Judge McCoun's recommendations.

Accordingly,

It is **ORDERED**

1. The Plaintiff is awarded $500,000 in statutory damages together with any additional fees and costs associated with the prosecution of the damages claim.
2. The Clerk is directed to amend the final judgment to include this grant of damages.
3. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 27th day of September, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties